**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

———————

www.cand.uscourts.gov

Richard W. Wieking						General Court Number
Clerk									415.522.2000

**December 30, 2011**

**CASE NUMBER:  CV 11-06583 MEJ**
**CASE TITLE:  DESIDERIA MARTINEZ-v-AMERICAN MEDICAL SYSTEMS**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Harold R. Lloyd** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **HRL** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/30/11

FOR THE EXECUTIVE COMMITTEE:

_____/s/ Richard W. Wieking_____
									Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies			Special Projects
Log Book Noted					Entered in Computer 12/3011 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel				Transferor CSA